
CLOSED

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

**United States of America**

    **v.**

**Johny Baide-Cabrera**

Citizen of Honduras

USM#: 76291-208    DOB: 1981

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on or After November 1, 1987)

**No. 08-15912-001M-SD**

Lorna  Spencer (AFPD)
Attorney for Defendant

ICE#:  A99 668 462

**THE DEFENDANT ENTERED A PLEA OF** guilty on 6/26/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of TWENTY (20) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $Remitted    **FINE:**  $    **RESTITUTION:**  $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.  The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15912-001M-SD**                                          *Page 2 of 2*
*USA vs. Johny Baide-Cabrera*


Date of Imposition of Sentence:  **Thursday, June 26, 2008**

_____ Date 6/26/08_____
JAY R. IRWIN, United States Magistrate Judge
**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution
designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____        By:_____
United States Marshal                                        Deputy Marshal
08-15912-001M-SD -

DATE: __6/26/08__          CASE NUMBER: __08-15912-001M__-SD

**PLEA/SENTENCING MINUTES**
USA vs. __Johny Baide-Cabrera__

U.S. MAGISTRATE JUDGE: __JAY R. IRWIN__ Judge #: __70BK__
U.S. Attorney _____ INTERPRETER REQ'D __Ricardo Gonzalez_____
                                                LANGUAGE: _Spanish_____
Attorney for Defendant _Lorna  Spencer (AFPD)_

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA _6/24/08_            ☒ Complaint Filed          ☒ Appointment of counsel hearing held
☐   Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒   Initial Appearance

**DETENTION HEARING:**        ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**        -        ☒ Held ☐ Cont'd ☐ Reset
Set for:  before:
☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed _____ ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts_TWO_____
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) _TWO_____ of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) __ONE__
☒            ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM
SENTENCING:
☒ Defendant committed to Bureau of Prisons for a period of__TWENTY (20) DAYS_ ☐ Probation/Supervised Release for __
☒ Special Assessment $_REMITTED_____ ☐ Fine $_____ ☐ Restitution $_____
Other: _____

RECORDED: __CS__
BY:  Angela J. Tuohy, Deputy Clerk

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA
8
9   United States of America,            )   CASE NUMBER  *08-15912M-SD*
10                 Plaintiff,            )
11  vs.                                  )   **WAIVER OF REMOVAL HEARING**
12  JOHNNY BANDE . CADRGHA               )
13                                       )
14                 Defendant.            )
15  ─────────────────────────────       )

16       I waive my right to have a Removal Hearing and agree that my case may be
17  adjudicated in the Southern District of California.
18
19  DATED this _26 TH_ day of _JUNE_____, 2008.
20
21
22                                    X _____
23                                      Defendant
24
25                                      _____
26                                      Attorney for the Defendant
27
28

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA    6\24

UNITED STATES OF AMERICA
V.
Johny BAIDE-Cabrera
Citizen of Honduras
YOB: 1981
099668462
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15912M-50

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about April 24, 2006, Defendant Johny BAIDE-Cabrera was arrested and removed from the United States to Honduras through San Antonio, Texas, in pursuance of law, and thereafter on or about June 24, 2008, Defendant was found in the United States near Quartzsite, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about June 21, 2008, within the Southern District of California, Defendant Johny BAIDE-Cabrera, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.        ☒ Yes  ☐ No

Signature of Complainant
**Gabe Diaz**
**Senior Patrol Agent**

Sworn to before me and subscribed in my presence,

June 26, 2008                                    at                    Yuma, Arizona
Date                                                              City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                      Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                     Johny BAIDE-Cabrera

Dependents:                    2 Honduran

**IMMIGRATION HISTORY:**       The Defendant was last removed through San Antonio, Texas on April 24, 2006.  The Defendant has been arrested by the Border Patrol on a total of 2 occasions.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|

None Found

Narrative:    The Defendant, a citizen of Honduras and illegally within the United States, was encountered by Yuma Border Patrol agents near Quartzsite, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Honduras and illegally in the United States.

The Defendant was transported to the Yuma station for processing.  During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on June 21, 2008.

Charges:    8 USC§1326          (Felony)
            8 USC§1325          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____June 26, 2008_____          _____
Date                                          Signature of Judicial Officer